**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

PHOENIX TRANSLOAD SERVICES, LLC,

        Plaintiff,

    v.

RTS HOLDINGS, LLC d/b/a RoadOne
Intermodalogistics,

        Defendant.

CIVIL ACTION NO.: 4:25-cv-97

**O R D E R**

    Plaintiff Phoenix Transload Services, LLC, filed this case on April 24, 2025.  (Doc. 1.)  On June 12, 2025, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice.  (Doc. 16.) Defendant has not filed an answer or a motion for summary judgment.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITHOUT PREJUDICE**.  (See id.)  The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

    **SO ORDERED**, this 23rd day of June, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA